**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

SEP 18 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff - Appellee,<br><br>　v.<br><br>MATTHEW WAYNE HENRY,<br><br>　　　　Defendant - Appellant. | No. 11-30181<br><br>D.C. No. 3:10-cr-00115-HRH-1<br><br>ORDER |

Before: GOODWIN, W. FLETCHER and M. SMITH, Circuit Judges.

　　The panel has unanimously voted to deny the petition for panel rehearing. Judges Fletcher and Smith have voted to deny the petition for rehearing en banc, and Judge Goodwin so recommends.

　　The full court has been advised of the petition for rehearing en banc, and no active judge of the court has requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 35.

　　The petition for panel rehearing and rehearing en banc is DENIED.